UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESPLER & TEITELBAUM MD PC PSP,<br><br>Plaintiff,<br><br>v.<br><br>MAXAR TECHNOLOGIES INC., HOWELL M. ESTES, III, NICK S. CYPRUS, ROXANNE J. DECYK, JOANNE O. ISHAM, DANIEL L. JABLONSKY, C. ROBERT KEHLER, GILMAN LOUIE, L. ROGER MASON, JR., HEATHER A. WILSON, ERIC J. ZAHLER, and EDDY ZERVIGON,<br><br>Defendants. | Case No. 1:23-cv-02362-NRB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff RESPLER & TEITELBAUM MD PC PSP hereby voluntarily dismisses its claims in the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 4, 2023

**OF COUNSEL:**

**MCKAY LAW**
Michael McKay
5635 N. Scottsdale Road
Suite 170
Scottsdale, AZ 85250
Tel: (480) 681-7000
Fax: (480) 348-3999
Email: mmckay@mckaylaw.us

*Attorneys for Plaintiff*

**WEISS LAW**

By:  */s/ Michael Rogovin*
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*

1